# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

USA

V.

Tyquian Bowman (4)

**EXHIBIT AND WITNESS LIST**

Case Number: 4:23cr96-4

| PRESIDING JUDGE<br>Magistrate Judge Christopher L. Ray | PLAINTIFF'S ATTORNEY<br>Bradley Thompson | DEFENDANT'S ATTORNEY<br>Thomas Withers |
|---|---|---|
| TRIAL DATE (S)<br>12/21/2023 | COURT REPORTER<br>Kelly McKee | COURTROOM DEPUTY<br>Molly Davenport |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/21/2023 | X | X | Target Telephone 2 Call Number 364 - March 20, 2023 |
| 2 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 72 -April 9, 2023 |
| 3 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 340 - April 14, 2023 |
| 4 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 460 - April 17, 2023 |
| 5 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 528 - April 20, 2023 |
| 6 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 895 - April 26, 2023 |
| 7 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 909 - April 26, 2023 |
| 8 | | 12/21/2023 | X | X | Target Telephone 5 Call Number 910-April 26, 2023 |
| 9 | | 12/21/2023 | X | X | Target Telephone 9 Call Number 27 - June 3, 2023 |
| 10 | | 12/21/2023 | X | X | Target Telephone 10 Call Number 28 - June 3, 2023 |
| 11 | | 12/21/2023 | X | X | State Bond Order |
| 12 | | 12/21/2023 | X | X | Recorded Jail Communication - December 9, 2023 ~ 6:45 PM |
| 13 | | 12/21/2023 | X | X | Screenshot from YouTube Video "Ducc Da Feds" |
| | | | | | |
| | | 12/21/2023 | | | Richard Dascall – Savannah-Chatham Counter Narcotics Team (11:35- |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages