UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 4:23-CR-00096-4-RSB-CLR |
| TYQUIAN BOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, Thomas A. Withers, as counsel for Tyquian Bowman, Defendant in the above styled proceeding, and respectfully requests a leave of absence from the Court pursuant to Local Rule 83.9 for January 25 & 26, 2024, February 27, 2024, through and including March 3, 2024, and May 10, 2024 for personal leave.

Respectfully submitted, this the 22nd day of December, 2023.

WITHERS LAW FIRM PC

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Tyquian Bowman

8 E. Liberty St
Savannah, Ga. 31401
(912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 22nd day of December, 2023.

                                                  WITHERS LAW FIRM PC

                                                  ***/s/ Thomas A. Withers, Esq.***
                                                  Thomas A. Withers, Esq.
                                                  Georgia Bar Number: 772250
                                                  Attorney for Defendant Tyquian Bowman

8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com