# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CASE NO: 4:23-cr-96** |
| ) | |
| **TREMAINE GRANT, ET AL** ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and notifies the Court that discovery has been made available to defense counsel in discovery.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*s/Bradley Thompson*

Bradley Thompson
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO: 4:23-cr-96** |
| | ) | |
| **TREMAINE GRANT, ET AL** | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 16th day of January, 2024.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*s/Bradley Thompson*

Bradley Thompson
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

2