UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 4:23-CR-00096-4-RSB-CLR |
| TYQUIAN BOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### IN RE:  LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Thomas A. Withers for the period of Thursday, October 17, 2024 through and including Monday, October 28, 2024, in the above captioned case.

The above and foregoing request for Leave of Absence is **GRANTED.** Mr. Withers is provided Leave of Court on Thursday, October 17, 2024 through and including Monday, October 28, 2024.

**SO ORDERED,** this the 18th day of January 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA